**\*\*E-filed 9/12/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE LYNN HARRIS,<br><br>    Plaintiff,<br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | **No. C 11-0803 RS**<br><br>**ORDER GRANTING MOTIONS TO DISMISS FIRST AMENDED COMPLAINT, FOR LACK OF FEDERAL JURISDICTION** |

Plaintiff Christine Lynn Harris brought this action alleging that she has been victimized by a conspiracy of persons who have stalked and harassed her through a variety of means, including prank phone calls, text messages, suspicious and threatening behavior, and attacks by unseen "electromagnetic radiation energy" and "directed energy weapons," which have caused her severe physical injury. As explained in the order dismissing the original complaint, federal pleading standards require a plaintiff to set out factual allegations that "permit the court to infer more than the mere possibility of misconduct," and that thereby state a "plausible claim for relief." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1950 (2009). In amending her complaint, Harris has complied with the directions in the prior order to omit voluminous evidentiary attachments (although the amended complaint still refers to such materials) and has made certain changes of form in an apparent effort

to comply with requirement of Rule 8 of the Federal Rules of Civil Procedure that a complaint contain a "a short and plain statement of the claim."

Substantively, however, the amended complaint includes virtually no changes from the original complaint other than allegations relating to additional events (similar in nature to those previously alleged) that have taken place since the time the action was filed.  As such, it remains highly doubtful that the complaint could be said to comply with federal pleading standards for stating any type of claim against any of the named defendants.

More fundamentally, the amended complaint has done nothing to address the issue identified in the prior order that Harris has pleaded no facts sufficient to support federal jurisdiction, because conduct by private individuals and entities, however wrongful or egregious, does not give rise to a claim for violation of constitutional rights, absent circumstances not alleged here.  Harris's "belief" that one of the persons she has seen engaging in what she perceived to be stalking or harassment might have been San Francisco Police Sergeant Beazley does not support a claim that he acted under color of state law to deprive Harris of any constitutional rights. Similarly, allegations regarding conduct by "Raj Naicker," who Harris speculates may be affiliated with the police department, also do not support a claim of wrongful activity under the color of state law.  As before, various further allegations in the complaint regarding San Francisco Police officers or other authorities all relate to them declining to investigate or take what Harris believes would be appropriate action in response to her complaints. Harris has not shown any potential violation of her constitutional rights in the exercise of discretion by the police department as to its investigatory and law enforcement duties.

Accordingly, this Court lacks jurisdiction, even assuming the complaint could be liberally construed as stating a claim under state law, based on any facts alleged that could be deemed to describe actionable conduct, without the resort to speculation.  The complaint is therefore dismissed, without further leave to amend, and the Clerk shall close the file.  This dismissal does not bar plaintiff from pursuing any claims she may have against the private individuals named in this action, or others, by an action filed under state law in state court.[1]

---

[1] The Court does not suggest that the present allegations would be sufficient to state any claim under state law pleading standards.  Harris is again advised that regardless of how sincerely she may believe that defendants have acted with bad intent, and even if they actually have done so, unless

IT IS SO ORDERED.

Dated: 9/9/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

she can allege facts demonstrating wrongful conduct that do not depend on speculation as to defendants' motives and actions, it is unlikely that she will be allowed to proceed in any court.

3